UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                                                                 :

RAFAEL M. PANTOJA,

                Plaintiff,            :         Case No. 11 Civ. 3636 (VLB)

         - v -                      :         **NOTICE OF APPEARANCE**

BANCO POPULAR AND AMERICAN
SECURITY INSURANCE COMPANY,

                Defendants.
------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in this case for Defendant American Security Insurance Company.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          January 5, 2012

                                                  /s/ Karen E. Abravanel
                                                  Karen E. Abravanel
                                                  Sullivan & Worcester LLP
                                                  1290 Avenue of the Americas, 29th Floor
                                                  New York, New York 10104
                                                  Telephone: (212) 660-3000
                                                  Facsimile: (212) 660-3001
                                                  kabravanel@sandw.com

## **CERTIFICATE OF SERVICE**

I certify that on January 5, 2012, I served a true and correct copy of the foregoing Notice of Appearance:

(1) by the ECF system and U.S. mail upon:

> Rafael M. Pantoja
> Register No. 76012-053
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, New York 11232
> *Plaintiff Pro Se*

(2) by the ECF system upon:

> John P. Doherty, Esq.
> Michael P. De Simone, Esq.
> Alston & Bird LLP
> 90 Park Avenue
> New York, New York 10016
> *Attorneys for Defendant Banco Popular*

Dated: New York, New York
January 5, 2012

/s/ Karen E. Abravanel
Karen E. Abravanel