UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
RAFAEL M. PANTOJA,                          :
                                            :
        Plaintiff,                       :    Case No. 11 Civ. 3636 (VLB)
                                            :
        - v -                            :    **NOTICE OF APPEARANCE**
                                            :
BANCO POPULAR AND AMERICAN                  :
SECURITY INSURANCE COMPANY,                 :
                                            :
        Defendants.                      :
                                            :
------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Defendant American Security Insurance Company.  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         January 5, 2012

                                    /s/ Andrew T. Solomon
                                    Andrew T. Solomon
                                    Sullivan & Worcester LLP
                                    1290 Avenue of the Americas, 29th Floor
                                    New York, New York 10104
                                    Telephone: (212) 660-3000
                                    Facsimile: (212) 660-3001
                                    asolomon@sandw.com

**CERTIFICATE OF SERVICE**

I certify that on January 5, 2012, I served a true and correct copy of the foregoing Notice of Appearance:

(1) by U.S. Express Mail upon:

> Rafael M. Pantoja
> Register No. 76012-053
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, New York 11232
> *Plaintiff Pro Se*

(2) by the ECF system upon:

> John P. Doherty, Esq.
> Michael P. De Simone, Esq.
> Alston & Bird LLP
> 90 Park Avenue
> New York, New York 10016
> *Attorneys for Defendant Banco Popular*

Dated: New York, New York
January 5, 2012

/s/ Andrew T. Solomon
Andrew T. Solomon