UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
RAFAEL M. PANTOJA,

               Plaintiff,

         - v -

BANCO POPULAR AND AMERICAN
SECURITY INSURANCE COMPANY,

               Defendants.
------------------------------------------- X

Case No. 11 Civ. 3636 (VLB)

ECF Case

## **RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant American Security Insurance Company certifies that the following are corporate parents and/or any publicly held corporation owing 10% or more of its stock:  Assurant, Inc.

Dated: New York, New York
       January 5, 2012

                                SULLIVAN & WORCESTER LLP

                                By: /s/ Andrew T. Solomon
                                Andrew T. Solomon
                                Karen E. Abravanel
                                1290 Avenue of the Americas, 29th Floor
                                New York, New York 10104
                                Telephone: (212) 660-3000
                                Facsimile: (212) 660-3001
                                asolomon@sandw.com
                                kabravanel@sandw.com

                                *Attorneys for Defendant American Security*
                                *Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that on January 5, 2012, I served a true and correct copy of the foregoing Rule 7.1 Statement:

(1) by the ECF system and U.S. mail upon:

> Rafael M. Pantoja
> Register No. 76012-053
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, New York 11232
> *Plaintiff Pro Se*

(2) by the ECF system upon:

> John P. Doherty, Esq.
> Michael P. De Simone, Esq.
> Alston & Bird LLP
> 90 Park Avenue
> New York, New York 10016
> *Attorneys for Defendant Banco Popular*

Dated: New York, New York
January 5, 2012

/s/ Andrew T. Solomon
Andrew T. Solomon