UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
:
RAFAEL M. PANTOJA, :
:
          Plaintiff, : Case No. 11 Civ. 3636 (VLB)
:
   - v - : ECF Case
:
BANCO POPULAR AND AMERICAN :
SECURITY INSURANCE COMPANY, :
:
          Defendants. :
:
------------------------------------------- X

### DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S NOTICE OF MOTION TO DISMISS THE SECOND AND THIRD CAUSES OF ACTION OF THE AMENDED COMPLAINT

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant American Security Insurance Company's Motion to Dismiss the Second and Third Causes of Action of the Amended Complaint, and all the papers filed and proceedings had herein, Defendant American Security Insurance Company, by and through undersigned counsel, will move before Honorable Vincent L. Briccetti, at the United States Courthouse, 300 Quarropas Street, Room 630, Courtroom 620, White Plains, New York, 10601, on a day and time to be set by the Court, for an order dismissing the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and to grant such other and further relief as the Court may deem just and proper.

N0295305v

Dated: New York, New York
January 5, 2012

SULLIVAN & WORCESTER LLP

By: /s/ Andrew T. Solomon
Andrew T. Solomon
Karen E. Abravanel
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
asolomon@sandw.com
kabravanel@sandw.com

*Attorneys for Defendant American Security Insurance Company*

To:   Rafael M. Pantoja
Register No. 76012-053
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232
*Plaintiff Pro Se*

John P. Doherty, Esq.
Michael P. De Simone, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
*Attorneys for Defendant Banco Popular*

2

N0295305v

## CERTIFICATE OF SERVICE

I certify that on January 5, 2012, I served a true and correct copy of Defendant American Security Insurance Company's Notice of Motion to Dismiss the Second and Third Causes of Action of the Amended Complaint:

(1) by the ECF system and U.S. mail upon:

>Rafael M. Pantoja
>Register No. 76012-053
>MDC Brooklyn
>Metropolitan Detention Center
>P.O. Box 329002
>Brooklyn, New York 11232
>*Plaintiff Pro Se*

(2) by the ECF system upon:

>John P. Doherty, Esq.
>Michael P. De Simone, Esq.
>Alston & Bird LLP
>90 Park Avenue
>New York, New York 10016
>*Attorneys for Defendant Banco Popular*

Dated: New York, New York
January 5, 2012

>/s/ Andrew T. Solomon
>Andrew T. Solomon

N0295305v