USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X

RAFAEL M. PANTOJA,

        Plaintiff,

- v -

BANCO POPULAR AND AMERICAN
SECURITY INSURANCE COMPANY,

        Defendants.

--------------------------------------- X

Case No. 11 Civ. 3636 (VLB)

ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff *Pro Se*, Rafael M. Pantoja, and the attorneys for Defendant American Security Insurance Company ("ASIC") that the time for ASIC to serve its response to any requests for discovery by Plaintiff, including Plaintiff's Request for Answer to First Set of Interrogatories, dated February 5, 2012, is hereby extended until 30 days after the Court decides ASIC's motion to dismiss Plaintiff's Amended Complaint.

Dated: February 16, 2012

_____
Rafael M. Pantoja
Register No. 76012-053
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232
(PLEASE PROVIDE ME WITH COPY)
*Plaintiff Pro Se*

Dated: February 13, 2012

_____
Andrew T. Solomon
Karen E. Abravanel
Sullivan & Worcester LLP
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
Telephone: (212) 660-3000

*Attorneys for Defendant American Security Insurance Company*

SO ORDERED this 23 day of February, 2012.

_____
Hon. Vincent L. Briccetti, USDJ