UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL M. PANTOJA,

          Plaintiff,

    v.

BANCO POPULAR and AMERICAN SECURITY INSURANCE COMPANY,

          Defendants.

Case No. 11 civ. 3636 (LAP)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for:

    DEFENDANT BANCO POPULAR

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 13, 2012

Respectfully submitted,

*[signature]*

Carolyn R. O'Leary, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
carolyn.oleary@alston.com
*Counsel for Defendant
Banco Popular*

To:    Rafael M. Pantoja
       Register No. 76012-053
       MDC Brooklyn
       Metropolitan Detention Center
       PO Box 329002
       Brooklyn, NY 11232