UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAFAEL M. PANTOJA,

                     Plaintiff,

    v.

BANCO POPULAR and AMERICAN SECURITY
INSURANCE COMPANY,

                     Defendants.

-------------------------------------------------------------------X

Case No. 11civ3636 (LAP)

Affidavit of Service

STATE OF NEW YORK    )
                    )   ss.:
COUNTY OF NEW YORK  )

           Martin Stubbs, being duly sworn, deposes and says: I am over 18 years of

age, I am not a party to the action, and I am employed in the office of Alston & Bird LLP,

attorneys for Defendant, Banco Popular; that on April 13, 2012, I served a true copy of the

*Notice of Appearance* on Plaintiff at the listed address below:

        Rafael M. Pantoja
        Register No. 76012-053
        MDC Brooklyn
        Metropolitan Detention Center
        PO Box 329002
        Brooklyn, NY 11232
        *Plaintiff-Pro Se*

by U.S. Express Mail by depositing copies of the same, properly enclosed in a post-paid wrapper

in a post office box regularly maintained by the United States Postal Service, at 450

Lexington Avenue, New York, New York 10016.

Martin Stubbs

Sworn to before me this
19th day of April, 2012

Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20 ___

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

**Customer Copy**

Label 11-B, March 200

**Post Office To Addresse**

EG 507670255 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 10017 | ☒Next ☐2nd ☐2nd Del. Day | $ 17.75 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 4 13 12 | Month 4  Day 4 | $ |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted 5:49 ☐AM ☒PM | ☒Noon ☐3 PM | $ | $ |
| Flat Rate ☐or Weight lbs. 2 ozs. | Military ☐2nd Day ☐3rd Day | Total Postage & Fees $ 17.75 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)   PHONE ( 212 ) 210 - 9536

Kim Fitzgerald
Alston & Bird LLP
90 Park Ave
NY NY 10016

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

≡EMS

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo. Day | ☐AM ☐PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo. Day | ☐AM ☐PM | |
| **Delivery Date** | Time | Employee Signature |
| Mo. Day | ☐AM ☐PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY**
☐Weekend ☐Holiday    Mailer Signature

**TO:** (PLEASE PRINT)   PHONE (

Rafael M. Pantoza
Register No 76012-053
MDC Brooklyn
Metropolitan Detention
PO Box 329002 Brooklyn
New York

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES)

1 1 2 3 2 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.