UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
: 
RAFAEL M. PANTOJA, :
:
              Plaintiff, :    Case No. 11 Civ. 3636 (VB)
:
   - v - :    ECF Case
:
BANCO POPULAR AND AMERICAN :
SECURITY INSURANCE COMPANY, :
:
              Defendants. :
:
------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

    I have cases pending in this jurisdiction.

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Andrew T. Solomon**.

    My SDNY Bar Number is AS9200.  My State Bar Number is 2758597.

    I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:    Sullivan & Worcester LLP
                       1290 Avenue of the Americas, 29th Floor,
                       New York, NY 10104
                       Firm Telephone Number:  (212) 660-3000
                       Firm Fax Number:  (212) 660-3001

NEW ADDRESS:    Sullivan & Worcester LLP
                       1633 Broadway, 32nd Floor
                       New York, NY 10019
                       Firm Telephone Number:  (212) 660-3000
                       Firm Fax Number:  (212) 660-3001

    I will continue to be counsel of record for American Security Insurance Company in the above-captioned case.

Dated: New York, New York
      June 7, 2012                                  By: /s/Andrew T. Solomon
                                                                        Andrew T. Solomon

TO: Rafael M. Pantoja
Register No. 76012-053
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

*Plaintiff Pro Se*

John P. Doherty, Esq.
Michael P. De Simone, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

*Attorneys for Defendant Banco Popular*

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2012, I served a true and correct copy of the Notice of Change of Address:

(1) by the ECF system and U.S. mail upon:

> Rafael M. Pantoja
> Register No. 76012-053
> MDC Brooklyn
> Metropolitan Detention Center
> P.O. Box 329002
> Brooklyn, New York 11232
> *Plaintiff Pro Se*

(2) by the ECF system upon:

> John P. Doherty, Esq.
> Michael P. De Simone, Esq.
> Alston & Bird LLP
> 90 Park Avenue
> New York, New York 10016
> *Attorneys for Defendant Banco Popular*

Dated: New York, New York
June 7, 2012

/s/Andrew T. Solomon
Andrew T. Solomon