UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
:
RAFAEL M. PANTOJA, :
:
            Plaintiff, :    Case No. 11 Civ. 3636 (VB)
:
- v - :    ECF Case
:
BANCO POPULAR AND AMERICAN :
SECURITY INSURANCE COMPANY, :
:
            Defendants. :
:
------------------------------------------ X

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

    I have cases pending in this jurisdiction.

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Karen E. Abravanel**.

    My SDNY Bar Number is KA8961.  My State Bar Number is 4265997.

    I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:    Sullivan & Worcester LLP
                          1290 Avenue of the Americas, 29th Floor,
                          New York, NY 10104
                          Firm Telephone Number:  (212) 660-3000
                          Firm Fax Number:  (212) 660-3001

NEW ADDRESS:    Sullivan & Worcester LLP
                          1633 Broadway, 32nd Floor
                          New York, NY 10019
                          Firm Telephone Number:  (212) 660-3000
                          Firm Fax Number:  (212) 660-3001

    I will continue to be counsel of record for American Security Insurance Company in the above-captioned case.

Dated: New York, New York
      June 7, 2012                          By: /s/Karen E. Abravanel
                                                             Karen E. Abravanel

TO:
Rafael M. Pantoja
Register No. 76012-053
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

*Plaintiff Pro Se*

John P. Doherty, Esq.
Michael P. De Simone, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016

*Attorneys for Defendant Banco Popular*

**CERTIFICATE OF SERVICE**

        I certify that on June 7, 2012, I served a true and correct copy of the Notice of Change of Address:

(1) by the ECF system and U.S. mail upon:

>Rafael M. Pantoja
>Register No. 76012-053
>MDC Brooklyn
>Metropolitan Detention Center
>P.O. Box 329002
>Brooklyn, New York 11232
>*Plaintiff Pro Se*

(2) by the ECF system upon:

>John P. Doherty, Esq.
>Michael P. De Simone, Esq.
>Alston & Bird LLP
>90 Park Avenue
>New York, New York 10016
>*Attorneys for Defendant Banco Popular*

Dated: New York, New York
        June 7, 2012

                                    /s/ Karen E. Abravanel
                                    Karen Abravanel