UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL M. PANTOJA,

           Plaintiff,

v.

BANCO POPULAR and AMERICAN SECURITY INSURANCE COMPANY,

           Defendants.

Case No. 11 civ. 3636 (VLB)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

       Louis Costanzo, being duly sworn, hereby deposes and says:

       1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

       2.     On the 28th day of September, 2012, I served via United States Express Class Mail, a true and correct copy of Defendant Banco Popular's Opposition to Plaintiff Pantoja's Motion for Reconsideration upon:

Rafael M. Pantoja
Register No. 76012-053
MDC Brooklyn
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232
*Plaintiff Pro Se*

Sworn to before me this
28th day of September, 2012

_____
Notary Public

MICHAEL J. MALLOY
NOTARY PUBLIC, State of New York
No. 41-4914497
Qualified in New York County
Commission Expires June 2, 20__

_____
Louis Costanzo

LEGAL02/32941225v1