ıUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael M. Pantoja

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Banco Popular and American Security

Insurance Companyⱷ

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11   Civ. 3636   (VB) ( )

**NOTICE OF APPEAL
IN A CIVIL CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **SEP 1 0 2012**

Notice is hereby given that   Rafael M. Pantoja

*(party)*

hereby  appeals to the United States Court of Appeals for the Second Circuit from the Judgment
granting Defendant Banco Popular's Motion to dismiss on res
judicata grounds; granting Defendant ASIC's Motion to dismiss

*(describe the judgment)*

the second and third causes of action of the amended complaint
on unspecified grounds; and denying the Plaintiff's Motion for

leave to amend and file the second amended complaint ("SAC")

on res judicata grounds.
entered in this action on the   10   day of August   ,2012   .

*(date)*     *(month)*     *(year)*

*Signature*  Rafael M. Pantoja

*Address*  100 29th Street
Brooklyn, New York 11232

*City, State & Zip Code*

DATED:  September 10, 2012
X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶

( 914 ) 648 _ 5403

*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty
(30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the
United States is a party.

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael M. Pantoja
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Banco Popular and American Security
Insurance Company

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11  Civ. _3636_ (VB ) (__)

**REQUEST TO PROCEED**
*IN FORMA PAUPERIS*
**ON APPEAL**

I, _Rafael M. Pantoja_ , *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: Whether the Court erred by precluding the Plaintiff's newly asserted claims against the defendant Bank that were specifically reserved against the Bank under the terms of the global Consent Judgment filed in the United States District Court for the District of Columbia, Case No. 12-0361(RMC), and where such Judgment is enforceable and pre-emptive of a state foreclosure judgment previously entered against the Plaintiff.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    Not Applicable

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    @@@2006/ $60,000.00

3.    Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

<u>Yes, loans. $5,000.00</u>

a) Are you receiving any public benefits?          XⒷ  No.        ☐  Yes, $_____ .

b) Do you receive any income from any other source? XⓍ☐  No.        ☐  Yes, $_____ .

4.    Do you have any money, including any money in a checking or savings account? If so, how much?

Ⓝ  No.          ☐  Yes, $_____ .

5.    Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

Ⓝ  No.          ☐  Yes,   $_____ .

6.    Do you pay for rent or for a mortgage? If so, how much each month?

Ⓝ  No.          ☐  Yes,   _____ .

7.    List the person(s) that you pay money to support and the amount you pay each month.

<u>Not Applicable</u>

8.    State any special financial circumstances which the Court should consider.

<u>None.</u>

*Rev. 07/2007*

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___5th___ day of __September__ , _2012_ .
     <sub>date</sub>       <sub>month</sub>   <sub>year</sub>

                        *Signature*

               Rafael M. Pantoja

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

                    _____

                    United States District Judge

DATED:    _____ ____, 20__

       _____, New York

*Rev. 07/2007*

3



Equality
FOREVER

TRENDO NY 112
BKLYN-STATEN ISL.
05 SEP 2012 PM 7 L

METROPOLITAN DENTNTION CENTER, 80 29TH STREET,
BROOKLYN, N.Y. 11232. THE ENCLOSED LETTER WAS
PROCESSED THROUGH SPECIAL MAIL PROCEDURES FOR
FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPEN NOT INSPECTED. IF THE WRITER RAISES A QUESTION
OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION,
YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESS,
PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Rafael M. Pantoja
MDC (76012053)
100 29th Street
Brooklyn, New York 11232

Pro Se Office
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

RECEIVED
SEP 10 2012
U.S.D.C.
WP

106014450599